# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONOR PLASTIC INDUSTRIAL CO. LTD and P&P INTERNATIONAL INC., ) )  Plaintiffs, ) )  v. ) ) LOLLICUP USA, INC., ) )  Defendant. ) ) | CIV-F-06-0707 AWI DLB  ORDER VACATING HEARING DATE OF AUGUST 28, 2006 AND TAKING MATTER UNDER SUBMISSION |

    Defendant has made a motion to dismiss for improper venue or, in the alternative, to transfer the case to the Central District of California. Doc. 17. Plaintiffs filed a timely opposition. Doc. 21. Defendant has not filed any reply. The hearing for this motion was set for 1:30 PM, Monday, August 28, 2006. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 28, 2006, is VACATED, and no party shall appear at that time. As of August 28, 2006, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    August 24, 2006                     /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE