UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONOR PLASTIC INDUSTRIAL CO. LTD and P&P INTERNATIONAL INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LOLLICUP USA, INC., )<br>)<br>Defendant. )<br>_____ ) | CIV-F-06-0707 AWI DLB<br><br>ORDER RE: EX PARTE REQUEST FOR CONTINUANCE ON HEARING |

  On September 6, 2006, Plaintiffs moved for a preliminary injunction against Defendant with a hearing set for October 10, 2006. Under Local Rule 78-230(c), Opposition, if any, to the granting of the motion shall be in writing and shall be filed with the Clerk not less than fourteen (14) days preceding the noticed (or continued) hearing date." That is, opposition was due on September 26, 2006. No opposition was received, and the court received no contact from Defendant. On September 29, 2006, Defendant instead filed an ex parte motion for continuance of the hearing stating that Alan Yu, President of Lollicup, had been out of the country approximately September 15-25, 2006. The motion did not explain why a motion for continuance was not made earlier. In response, Plaintiffs filed an opposition to the continuance, citing numerous alleged instances where Defendant has missed deadlines in this litigation. Plaintiffs also requested a temporary restraining order in lieu of the preliminary injunction if the

1  court decided to postpone the hearing.
2       In this matter, it appears Defendant has been dilatory.  Nevertheless, a preliminary
3  injunction is not lightly granted.  The court would benefit from Defendant's presentation of
4  evidence and argument concerning this matter.  As a compromise, the hearing on Tuesday,
5  October 10, 2006 will be for a temporary restraining order pending a preliminary injunction
6  hearing only.  A hearing date and briefing schedule for the preliminary injunction will be set at
7  that hearing.  Normally, a Defendant who has not filed a timely written opposition is not entitled
8  to be heard at oral argument. Local Rule 78-230(c).  In this instance, Defendant will be allowed
9  to verbally argue the law at the hearing should it choose to, but may not present evidence.

12 IT IS SO ORDERED.
13 Dated:    October 3, 2006              /s/ Anthony W. Ishii
   0m8i78                             UNITED STATES DISTRICT JUDGE