1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **EASTERN DISTRICT OF CALIFORNIA**
8
9   **HONOR PLASTIC INDUSTRIAL CO.**      )   **CIV-F-06-0707 AWI DLB**
    **LTD and P&P INTERNATIONAL INC.,**   )
10                                         )   **ORDER VACATING HEARING**
                       **Plaintiffs,**    )   **DATE OF DECEMBER 11, 2006**
11                                        )   **AND TAKING MATTER UNDER**
           **v.**                         )   **SUBMISSION**
12                                        )
    **LOLLICUP USA, INC.,**               )
13                                        )
                       **Defendant.**     )
14  _____ )
15
16
17          Defendant has made a motion to modify the November 3, 2006 order granting a

18  preliminary injunction in favor of Plaintiffs. Doc. 82.  Plaintiffs filed a timely opposition. Doc.

19  103.  Defendant has filed no reply.  The hearing for this motion was set for 1:30 PM, Monday,

20  December 11, 2006.  The court has reviewed the papers filed and has determined that the motion

21  is suitable for decision without oral argument. See Local Rule 78-230(h).

22          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December

23  11, 2006, is VACATED, and no party shall appear at that time.  As of December 11, 2006, the

24  court will take the matter under submission and will thereafter issue its decision.

25
26  IT IS SO ORDERED.

27  **Dated:    December 7, 2006            _____/s/ Anthony W. Ishii_____**
    0m8i78                                 UNITED STATES DISTRICT JUDGE
28

                                          **1**