MARK D. MILLER  116349
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

J. PIETER VAN ES           (admitted *pro hac vice*)
WENDELL W. HARRIS        (admitted *pro hac vice*)
MICHAEL L. KRASHIN       (admitted *pro hac vice*)
BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Phone: (312) 463-5000
Fax: (312) 463-5001

Attorneys for Plaintiffs
HONOR PLASTIC INDUSTRIAL CO.
LTD., and P&P INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| HONOR PLASTIC INDUSTRIAL CO. LTD., a Taiwanese company; and P&P INTERNATIONAL, INC., a California Corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>LOLLICUP USA, INC., a California Corporation,<br><br>                    Defendant. | Case No. 1:06-cv-707 AWI DLB<br><br>**ORDER DIRECTING DEFENDANT TO PAY PLAINTIFFS THEIR ATTORNEYS' FEES AND COSTS ASSOCIATED WITH PLAINTIFFS' MOTION TO COMPEL INITIAL DISCLOSURES AND RESPONSES TO DISCOVERY REQUESTS GRANTED ON OCTOBER 31, 2006** |

1

[PROPOSED] ORDER DIRECTING DEFENDANT TO PAY PLAINTIFFS THEIR ATTORNEYS' FEES AND COSTS ASSOCIATED WITH PLAINTIFFS' MOTION TO COMPEL INITIAL DISCLOSURES AND RESPONSES TO DISCOVERY REQUESTS GRANTED ON OCTOBER 31, 2006

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

WHEREAS, pursuant to Rule 37(a)(4)(A), the Court GRANTED Plaintiffs motion for reasonable attorneys' fees and costs associated with Plaintiffs' Motion to Compel Initial Disclosures and Responses to Discovery Requests on October 31, 2006, (Ct. Dkt. No. 78), and directed Plaintiffs to submit a declaration evidencing said attorneys' fees and costs.

WHEREAS, Plaintiffs submitted the "Second Declaration of Wendell W. Harris in Support of Plaintiffs' Motion to Compel Initial Disclosures and Responses to Discovery Requests" ("Harris Declaration") on October 30, 2006, (Ct. Dkt. No. 77), evidencing its attorneys' fees and costs associated with said Motion.

WHEREAS, Defendant Lollicup USA, Inc. has not objected to the Harris Declaration, and the Court has reviewed the Harris Declaration.

IT IS HEREBY ORDERED that Defendant Lollicup USA, Inc. shall remit payment of Plaintiffs' reasonable attorneys' fees and costs associated with the Motion in the amount of $2,225.99 to Plaintiffs' counsel of record within seven (7) days of this Order.

Dated: December 18, 2006          /s/ *Dennis L. Beck*
                                  HON. DENNIS L. BECK
                                  U.S. MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

[PROPOSED] ORDER DIRECTING DEFENDANT TO PAY PLAINTIFFS THEIR ATTORNEYS' FEES AND COSTS ASSOCIATED WITH PLAINTIFFS' MOTION TO COMPEL INITIAL DISCLOSURES AND RESPONSES TO DISCOVERY REQUESTS GRANTED ON OCTOBER 31, 2006