1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONOR PLASTIC INDUSTRIAL CO., et al., | ) 1:06cv0707 AWI DLB |
| | ) |
| | ) |
| | ) ORDER DIRECTING DEFENDANT TO PAY |
| | ) ATTORNEYS FEES AND COSTS PURSUANT |
| Plaintiff, | ) TO THE COURT'S JANUARY 19, 2007, |
| | ) ORDER |
| v. | ) |
| | ) |
| LOLLICUP USA, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

On January 19, 2007, the Court granted Plaintiffs' December 7, 2006, discovery motion and request for attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 37(a)(4)(A).

Plaintiffs timely submitted the Declaration of Wendell W. Harris evidencing their attorneys' fees and costs associated with the motion. The Court has reviewed the declaration and finds the fees and costs to be reasonable.

IT IS THEREFORE ORDERED that Defendant Lollicup USA, Inc. remit payment of Plaintiffs' reasonable attorneys' fees and costs associated with the December 7, 2006, motion in the amount of $4,390.50 to Plaintiffs' counsel within seven (7) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:** **February 21, 2007**              **/s/ Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE

1