1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HONOR PLASTIC INDUSTRIAL CO. LTD and P&P INTERNATIONAL INC.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **LOLLICUP USA, INC.,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **CIV-F-06-0707 AWI DLB** <br><br> **ORDER VACATING HEARING DATE OF APRIL 9, 2007 AND TAKING MATTER UNDER SUBMISSION** |

Honor Plastic has made a motion for sanctions against Lollicup for continued violation of the court's modified injunction order. Doc. 146.  Lollicup has filed a timely opposition. Doc. 150.  Honor Plastic has filed a timely reply. Doc. 153.  The hearing for this motion was set for 1:30 PM, Monday, April 9, 2007.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 9, 2007, is VACATED, and no party shall appear at that time.  As of April 9, 2007, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   April 4, 2007** 　　　　　　　　　　　 _____/s/ Anthony W. Ishii_____
0m8i78 　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**1**