

1  BURKHALTER, MICHAELS, KESSLER & GEORGE LLP
   Daniel J. Kessler, Esq., Bar No. 173710
2  Michael Oberbeck, Esq., Bar No. 186718
   2020 Main Street, Suite 600
3  Irvine, California 92614
4  Telephone: (949) 975-7500
   Facsimile: (949) 975-7501
5  Email: dkessler@bmkglaw.com

6  Attorneys for Defendant and Cross-Claimant
7  LOLLICUP USA, INC. dba Honor USA, Inc.

8             UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONOR PLASTIC INDUSTRIAL CO., LTD., a Taiwanese company; and P&P INTERNATIONAL, INC., a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LOLLICUP USA, INC., a California corporation,<br><br>　　　　　Defendant.<br><br>LOLLICUP USA, INC., dba Honor USA, Inc., a California corporation,<br><br>　　　　　Cross-Claimant,<br><br>vs.<br><br>HONOR PLASTIC INDUSTRIAL CO., LTD., a Taiwanese Corporation doing business in Los Angeles County; P&P INTERNATIONAL, INC., a California corporation; LEE-X, INC., a California corporation doing business as Plast Techs Enterprises,<br><br>　　　　　Cross-Defendants. | CASE NO. CV 00707-AWI-DLB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE LAST DATE FOR PAYMENT OF SANCTIONS** |

JOINT STIPULATION TO CONTINUE THE LAST DATE FOR PAYMENT OF SANCTIONS

## JOINT STIPULATION

**WHEREAS**, on June 5, 2007, this Court issued an order on Plaintiff Honor Plastic Industrial Co., Inc.'s ("Honor Plastic") motion for sanctions against Defendant Lollicup USA, Inc. ("Lollicup") for failing to comply with the Court's temporary restraining order entered on October 12, 2006 and preliminary injunction order entered on November 3, 2006;

**WHEREAS**, pursuant to the Court's June 5, 2007 order, Lollicup was ordered to pay the sum of $90,648.40 within twenty-five (25) days of the filing date of the order, June 7, 2007;

**WHEREAS**, all parties to this litigation have agreed in principle to a complete settlement and are in the process of preparing all documents required to memorialize and effectuate this settlement;

**WHEREAS**, the parties anticipate that it may take an additional two (2) weeks to complete the settlement documents and have those documents executed; and

**WHEREAS**, the parties seek to delay Lollicup's payment of the sanctions ordered by the Court such that the payment of those sanctions will occur in accordance with the terms of the settlement to which the parties have already agreed.

**IT IS HEREBY STIPULATED AND AGREED** that the last date for Lollicup to pay the sanctions shall be extended for an additional two (2) weeks. Lollicup's last day to pay the sanctions shall be July 16, 2007.

Dated: June 29, 2007          By _____
                                J. Pieter van Es
                                Wendell W. Harris
                                Michael L. Krashin
                                BANNER & WITCOFF, LTD.
                                10 S. Wacker Drive, Suite 3000
                                Chicago, Illinois 60606

                                Mark D. Miller
                                KIMBLE, MACMICHAEL & UPTON
                                5260 North Palm Avenue, Suite 221
                                Fresno, California 93792-9489

                                Attorneys for Plaintiffs/Cross-Defendants
                                HONOR PLASTIC INDUSTRIAL CO.
                                LTD., P&P INTERNATIONAL, INC. and
                                Cross-Defendant LEE-X, INC.


Dated: June 29, 2007          By _____
                                Daniel J. Kessler
                                Michael Oberbeck
                                Burkhalter, Michaels, Kessler & George
                                LLP
                                2020 Main Street, Suite 600
                                Irvine, CA 92614

                                Attorneys for Defendant and Cross-
                                Complainant
                                LOLLICUP USA, INC.

---

3

JOINT STIPULATION TO CONTINUE THE LAST DATE FOR PAYMENT OF SANCTIONS

## ORDER

After reviewing the Stipulation of the parties, and good cause having been shown, IT IS SO ORDERED that Lollicup USA, Inc. shall have until July 16, 2007 to pay the sanctions to Honor Plastic ordered by this Court on June 5, 2007.

Dated: July 2, 2007          By _____
                             UNITED STATES DISTRICT COURT JUDGE