MARK D. MILLER  116349
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

J. PIETER VAN ES          (admitted *pro hac vice*)
WENDELL W. HARRIS     (admitted *pro hac vice*)
MICHAEL L. KRASHIN    (admitted *pro hac vice*)
BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Phone: (312) 463-5000
Fax: (312) 463-5001

Attorneys for Plaintiffs
HONOR PLASTIC INDUSTRIAL CO.
LTD., and P&P INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| HONOR PLASTIC INDUSTRIAL CO. LTD., a Taiwanese company; and P&P INTERNATIONAL, INC., a California Corporation, <br><br>          Plaintiffs, <br><br>     v. <br><br> LOLLICUP USA, INC., a California Corporation, <br><br>          Defendant. | Case No. 1:06-cv-707 <br><br> Honorable Anthony W. Ishii <br><br> Magistrate Dennis L. Beck <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

.

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

PDF created with pdfFactory trial version www.pdffactory.com

# CONSENT JUDGMENT AND PERMANENT INJUNCTION

THIS CAUSE is before the Court on the stipulated motion of plaintiffs HONOR PLASTIC INDUSTRIAL CO., LTD. (herein after "Honor") and P&P INTERNATIONAL, INC. (herein after "P&P"), counterclaim defendant LEE-X, INC., D/B/A PLAST TECHS ENTERPRISES (herein after "Plast Techs") for entry of a Consent Judgment and Permanent Injunction. Honor, P&P, Plast Techs and defendant LOLLICUP USA (hereinafter "Lollicup"), having agreed to a settlement of this action,

IT IS HEREBY ORDERED WITH CONSENT OF THE PARTIES:

1. This Court has jurisdiction over the parties and subject matter of this action.

2. Plaintiff Honor is the sole owner of the Trademarks (defined as any mark or name containing the word "Honor" itself, in any form, plain or stylized or with other words, letters, or designs, including but not limited to the word "Honor" capitalized with curved arrows above and below forming the impression of a circle or any similar variations thereof) and has standing to sue for infringement of the Trademarks.

3. Lollicup acknowledges that its use of marks similar or identical to the Trademarks in connection with the sale, offering for sale, marketing, distributing and/or advertising of plastic cups, lids, and related products: (a) is likely to cause confusion, mistake, or to deceive as to the affiliation, connection or association of Lollicup with Honor, or as to the source, origin, sponsorship or approval of Lollicup's products by Honor, (b) infringes Honor's trademark rights in the Trademarks and (c) constitutes acts of unfair competition.

4. Defendant Lollicup, its officers, agents, servants, employees, representatives, partners, and all persons acting in concert or participating with it are permanently enjoined from using the Trademarks printed on or in association with any disposable cup, lid, and/or related products that Lollicup distributes, imports, sells, manufactures, or otherwise promotes. Defendant Lollicup, its officers, agents, servants, employees, representatives, partners, and all persons acting in concert or participating with it are permanently enjoined from representing

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

PDF created with pdfFactory trial version www.pdffactory.com

themselves as Honor USA; distributing literature, advertising, marketing material, or business cards bearing the name "Honor" in any format; and distributing products bearing the Trademarks.

    5.    Defendant Lollicup, its officers, agents, servants, employees, representatives, partners, and all persons acting in concert or participating with it are specifically enjoined permanently from using the Trademarks or any confusingly similar variation thereof at tradeshows and are specifically enjoined permanently from using a booth display bearing the name "Honor" in any format.

    6.    Defendant Lollicup its officers, agents, servants, employees, representatives, partners, and all persons acting in concert or participating with it are directed to identify all websites they operate or own with the word "honor" in the URL and to disable these websites permanently. That is Defendant Lollicup, its officers, agents, servants, employees, representatives, partners, and all persons acting in concert or participating with it must either provide no content on them leaving a blank page or put up a sign that reads "under construction" with absolutely no other information, graphic, or text, especially any other graphic or text which shows or suggests that Defendant Lollicup is the owner or operator of the website. Defendant Lollicup, its officers, agents, servants, employees, representatives, partners, and all persons acting in concert or participating with it are permanently enjoined from redirecting users who access these websites to any other websites. Defendant Lollicup, its officers, agents, servants, employees, representatives, partners, and all persons acting in concert or participating with it are ordered to cease permanently any search engine services that direct users to a website owned or operated by Defendant Lollicup when a search is conducted for "honor" in connection with cups, lids, or other similar products.

    7.    All counts in Honor's and P&P's First Amended Complaint (Ct. Dkt. No. 15) are dismissed with prejudice.

    8.    All counts (styled as "Causes of Action") in Lollicup's Counterclaim (Ct. Dkt. No. 60) are dismissed with prejudice.

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

9. Each party shall bear its own costs and attorney fees other than the payments specified and agreed upon in the parties' Settlement Agreement.

10. The parties' Settlement Agreement hereby satisfies the Court's June 7, 2007 order requiring Lollicup to pay Honor and P&P a sanction of $90,648.40 (Ct. Dkt. No. 171).

11. This Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of this Consent Judgment and Permanent Injunction, and Settlement Agreement.

12. This Order represents a final adjudication of all claims, counterclaims and defenses that were, or could have been, brought by the parties in this case. This Order is intended to be final and shall bind the parties and their affiliates and successors on all issues that were or could have been litigated in this proceeding.

IT IS SO ORDERED.

Entered: August 15, 2007/s/ Oliver W. Wanger
United States District Court Judge

**AGREED TO:**

By: /s/ Michael L. KrashinBy: /s/ Michael Oberbeck

| | |
|---|---|
| J. Pieter van Es<br>Wendell W. Harris<br>Michael L. Krashin<br>BANNER & WITCOFF, LTD.<br>10 S. Wacker Drive, Suite 3000<br>Chicago, Illinois 60606 | Daniel J. Kessler<br>Michael Oberbeck<br>Burkhalter, Michaels, Kessler & George LLP<br>2020 Main Street, Suite 600<br>Irvine, CA 92614 |
| Mark D. Miller<br>KIMBLE, MACMICHAEL & UPTON<br>5260 North Palm Avenue, Suite 221<br>Fresno, California 93792-9489 | **Attorneys for Defendant and Cross-Complainant**<br>**LOLLICUP USA, INC.** |
| **Attorneys for Plaintiffs**<br>**HONOR PLASTIC INDUSTRIAL CO. LTD., P&P INTERNATIONAL, INC. and Cross-Defendant LEE-X, INC.** | |

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

3

STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

PDF created with pdfFactory trial version www.pdffactory.com